UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEANDRE DANNY JONTE BARNES,<br><br>           Plaintiff,<br><br>   v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, et al,<br><br>           Defendants. | Case No. 2:23-cv-06445-ODW (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: January 8, 2025 _____      _____

                                               OTIS D. WRIGHT, II
                                               United States District Judge