JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEANDRE DANNY JONTE BARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, et al,<br><br>　　　　Defendants. | Case No. 2:23-cv-06445-ODW (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 8, 2025

　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　United States District Judge